KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

Attorneys for Plaintiffs
EDWARD KEMPER AND BRANDY GILLMORE

LOTTE COLBERT (SBN 207157)
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for Defendant
SIERRA TOWING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>  Plaintiffs,<br><br>v.<br><br>SIERRA TOWING,<br><br>  Defendant. | Case No. CIV.S-05-0158 MCE DAD<br><br>**STIPULATED MOTION TO CONTINUE SETTLEMENT CONFERENCE; ORDER THEREON**<br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   January 25, 2005<br>Trial Date:           August 9, 2006 |

The parties to the above-captioned matter, by and through their undersigned counsel, hereby stipulate to continuing the Settlement Conference, presently set for October 6, 2005 at 10:00 a.m. before Judge Dale A. Drozd, and as grounds therefore would state:

1. On September 16, 2005, Plaintiffs filed a Motion to Amend the Complaint to bring in two additional defendants. The motion is set for hearing on October 31, 2005. Until those new parties have been served and answered, it would be appropriate to

1

continue the Settlement Conference for ninety (90) days to allow for meaningful settlement negotiations with all parties present.

2.  In light of the above, the parties request that the Settlement Conference be continued to a date in early December 2005.

IT IS SO STIPULATED

Dated:  September 27, 2005        MURPHY AUSTIN ADAMS SCHOENFELD

                                  By:  /s/
                                       LOTTE COLBERT
                                       Attorneys for Defendant


Dated:  September 27, 2005        CABLE LAW OFFICES

                                  By:  /s/
                                       KEITH D. CABLE
                                       Attorneys for Plaintiffs

### **ORDER**

Having read the foregoing Stipulation, and good cause appearing therefore,

IT IS ORDERED THAT the Settlement Conference be continued to January 12, 2006, at 10:00 a.m. before the Honorable Dale A. Drozd.

Dated:  September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2