```
GRANT D. PEGG (State Bar No. 146091)
LAW OFFICES OF GRANT D. PEGG
Attorneys at Law
855 University Avenue
Sacramento, California  95825
Telephone:  (916) 925-5566
Facsimile:  (916) 925-1718

Attorney for Defendant
SIERRA TOWING
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILMORE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>SIERRA TOWING,<br><br>         Defendants. | No. CIV S-05-0158 MCE DAD<br><br><br><br>SUBSTITUTION OF ATTORNEY<br><br>and ORDER |

     Defendant Sierra Towing hereby substitutes the Law Offices of Grant D. Pegg in place and stead of the law firm of Murphy Austin Adams & Schoenfeld.  The Law Offices of Grant D. Pegg are located at 855 Universty Avenue, Sacramento, California 95825; telephone number (916) 925-5566.

     Sierra Towing hereby consents to this substitution of attorneys.

Dated:  9/29/05                     /s/ Gary Gonzales (as authorized on 9/29/05)
                                    _____
                                    GARY GONZALES for SIERRA TOWING

1

1  KEMPER VS. SIERRA TOWING

2  Case No. CIV-S-05-0158 MCE DAD

3  _____/

4       I accept this substitution of attorney.

5  Dated: September 9, 2005          LAW OFFICES OF GRANT D. PEGG

7                                     /s/ Grant D. Pegg (as authorized
                                      on 9/29/05)
8                                    By:_____
                                            GRANT D. PEGG

10      I consent to this substitution.

11 Dated: September 29, 2005         MURPHY AUSTIN ADAMS SCHOENFELD
                                     LLP
14                                   By: /s/ Lotte Colbert
                                            LOTTE COLBERT

16                            **ORDER**

17 It is so ordered.

18 Dated: October 20, 2005

19                                   _____
                                     MORRISON C. ENGLAND, JR
20                                   UNITED STATES DISTRICT JUDGE

2