UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EDWARD KEMPER and BRANDY GILLMORE,

        Plaintiffs,

   v.

SIERRA TOWING and DOES 1-10, inclusive,

        Defendants.

NO. CIV. S 05-0158 MCE DAD

ORDER

----oo0oo----

This is an action pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. ("ADA"). Plaintiffs, who claim to be persons with disabilities subject to protection under the ADA, assert that Sierra Towing's facilities, located at 9624 Kiefer Boulevard and 8590 Elder Creek Road in Sacramento, failed to provide legally required access. Plaintiffs allege both ADA violations as well as pendent state law claims.

///

1    Plaintiffs now move to file an amended complaint in this
2 matter on grounds that discovery responses provided by Defendant
3 Sierra Towing indicate that the facilities in question are in
4 fact owned and/or leased from Gary Gonzales and LMD Kiefer
5 Warehouse LLC.  No opposition has been filed to Plaintiffs'
6 request to bring Gonzales and LMD Kiefer Warehouse LLC into the
7 case as additional defendants on that basis.  Given that non-
8 opposition, and good cause appearing therefor, Plaintiffs' Motion
9 for Leave to File First Amended Complaint is GRANTED.[1]
10 Plaintiffs are directed to file and serve their proposed First
11 Amended Complaint forthwith.

13    IT IS SO ORDERED.

15 DATED: October 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument.  E.D. Local Rule 78-230(h).

2