KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 608-7995
Facsimile:  (916) 984-5775

Attorneys for Plaintiffs
EDWARD KEMPER AND BRANDY GILLMORE

GRANT D. PEGG (SBN 146091)
LAW OFFICES OF GRANT D. PEGG
855 University Avenue
Sacramento, California 95825
Telephone:  (916) 925-5566
Facsimile:  (916) 925-1718

Attorneys for Defendants
SIERRA TOWING and GARY GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA TOWING, GARY GONZALES, and LMD KIEFER WAREHOUSE LLC,<br><br>Defendants. | Case No. CIV.S-05-0158 MCE DAD<br><br>**STIPULATED MOTION TO CONTINUE SETTLEMENT CONFERENCE; ORDER THEREON**<br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   January 25, 2005<br>Trial Date:   August 9, 2006 |

Plaintiffs EDWARD KEMPER and BRANDY GILLMORE, by and through their undersigned counsel, and Defendants SIERRA TOWING and GARY GONZALES, by and through their undersigned counsel, hereby stipulate to continuing the Settlement Conference, presently set for January 12, 2006 at 10:00 a.m. before the Honorable Dale A. Drozd, and as grounds therefore would state:

1

1. On October 28, 2005, Plaintiffs filed a First Amended Complaint naming two additional defendants, to wit: GARY GONZALES, the owner of SIERRA TOWING, and LMD KIEFER WAREHOUSE LLC, the entity which owns one of the real properties at issue (9624 Kiefer Boulevard in Sacramento).

2. On December 20, 2005, Plaintiffs' counsel received a telephone call from the insurance carrier for Defendant LMD KIEFER WAREHOUSE LLC. Said carrier stated that it would need another thirty (30) days to get the file referred out to defense counsel so that a responsive pleading could be prepared and filed.

3. Since Defendant LMD KIEFER WAREHOUSE LLC has yet to file a responsive pleading, it would be appropriate to continue the Settlement Conference for three (3) months to allow for meaningful settlement negotiations with all parties present.

4. In light of the above, the parties request that the Settlement Conference be continued to a date in late April 2006.

IT IS SO STIPULATED

Dated: December 21, 2005          LAW OFFICES OF GRANT D. PEGG

                                  By: /s/ Grant D. Pegg
                                      GRANT D. PEGG
                                      Attorneys for Defendants


Dated: December 21, 2005          CABLE LAW OFFICES

                                  By: /s/ Keith D. Cable
                                      KEITH D. CABLE
                                      Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>Plaintiffs,<br><br>v.<br><br><br>SIERRA TOWING, GARY GONZALES, and LMD KIEFER WAREHOUSE LLC,<br><br>Defendants. | Case No. CIV.S-05-0158 MCE DAD<br><br><br>**ORDER**<br><br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   January 25, 2005<br>Trial Date:             August 9, 2006 |

Having read the foregoing Stipulation, and good cause appearing therefore,

IT IS ORDERED THAT the Settlement Conference be continued to May 4, 2006, at 10:00 a.m., before the Honorable Dale A. Drozd.

Dated: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3