UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD KEMPER and BRANDY GILLMORE,<br><br>            Plaintiffs,<br><br>v.<br><br><br>SIERRA TOWING, GARY GONZALES, and LMD KIEFER WAREHOUSE LLC,<br><br>            Defendants. | Case No. 2:05-cv-0158 MCE DAD<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br><br>Judge:         Hon. Morrison C. England<br><br>Complaint Filed:    January 25, 2005<br>Trial Date:               August 9, 2006 |
|---|---|

### ORDER

Having read the foregoing Stipulated Motion, and good cause appearing therefore,

IT IS ORDERED THAT the Final Pre-Trial Conference be continued to November 20, 2006, at 01:30 p.m.  The Joint Final Pre-Trial Statement shall be due on November 6, 2006.  Trial in this matter shall be continued to January 31, 2007, at 09:00 a.m.

Dated: June 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

.

1