UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD KEMPER and BRANDY GILLMORE,

      Plaintiffs,

   v.

SIERRA TOWING, GARY GONZALES, LMD KIEFER WAREHOUSE LLC,

      Defendants.

2:05-cv-0158-MCE-DAD

<u>MEMORANDUM AND ORDER</u>

----oo0oo----

    Through the present action, Plaintiffs Edward Kemper and Brandy Gillmore("Plaintiffs") are seeking to amend their Complaint to state with greater specificity, the allegations in the First Amended Complaint by restating the specific statutory violations outlined in Plaintiffs' Expert Disclosure which evidence the architectural barriers Plaintiffs alleged to have encountered at the subject facilities.  No opposition has been filed on behalf of Defendants.

///

///

///

1

Given Defendants' non-opposition, and good cause appearing therefor, Plaintiff's Motion for Leave to File Amended Complaint is GRANTED.  Plaintiffs have ten (10) days following the date of this Order to file their proposed Second Amended Complaint. Defendants shall answer or otherwise respond to said Amended Complaint within ten (10) days after its filing and service.

IT IS SO ORDERED.

DATED: November 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE