KEVIN P. CODY (SBN 96355)
MARIA S. QUINTERO (SBN 23629)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:     (408) 287-6262
Facsimile:      (408) 918-4501

Attorneys for Defendant
LMD KIEFER WAREHOUSE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA TOWING, GARY GONZALES, LMD KIEFER WAREHOUSE LLC,<br><br>Defendants. | CASE NO.  2:05-cv-0158-MCE-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

In light of the settlement between plaintiffs EDWARD KEMPER and BRANDY GILLMORE and defendant LMD KIEFER WAREHOUSE, LLC, it is hereby stipulated by and between counsel for plaintiffs and defendant LMD KIEFER WAREHOUSE, LLC that plaintiffs' complaint shall be ordered dismissed with prejudice as to defendant LMD KIEFER WAREHOUSE, LLC.

Dated: 1/22/2007                           CABLE LAW OFFICES


                                           /S/
                                           KEITH D. CABLE

Dated: 1/23/2007                           ROPERS, MAJESKI, KOHN & BENTLEY

                                           /S/
                                           KEVIN P. CODY

SJ/385216.1/BS                    - 1 -            STIPULATION OF DISMISSAL WITH PREJUDICE CIV S-05-0158 MCE DAD

## ORDER OF DISMISSAL WITH PREJUDICE

Settlement having occurred between plaintiffs EDWARD KEMPER and BRANDY GILLMORE and defendant LMD KIEFER WAREHOUSE, LLC, counsel for the parties having stipulated, IT IS HEREBY ORDERED that plaintiffs' action as against defendant LMD KIEFER WAREHOUSE, LLC is dismissed with prejudice.

Dated:  February 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE