UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD KEMPER and
BRANDY GILLMORE,

    Plaintiffs,

  v.

SIERRA TOWING, ET AL.,

    Defendants.
_____/

No. 2:05-cv-0158-MCE-DAD

**ORDER GRANTING STIPULATION TO CONTINUE FINAL PRE-TRIAL CONFERENCE**

    Having read the foregoing Stipulation, and good cause appearing therefore,

    IT IS HEREBY ORDERED THAT the Final Pre-Trail Conference presently set for Tuesday, April 23, 2007, be continued to Monday, June 11, 2007 at 2:30 p.m.  Base on the new Final Pretrial Conference date, the June 6, 2007 jury trial is continued to July 11, 2007 at 9:00 a.m. in Courtroom 3.

    IT IS SO ORDERED.

Dated: April 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE