UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>SIERRA TOWING, GARY GONZALES, and LMD KIEFER WAREHOUSE LLC,<br><br>Defendants. | Case No. 2:05-cv-00158-MCE-DAD<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND FINAL PRETRIAL ORDER**<br><br>Judge:   Hon. Morrison C. England, Jr.<br>Complaint Filed:   January 25, 2005<br>Trial Date:   October 15, 2007 |

Having read the foregoing Stipulated Motion to Continue Trial Date and Amend Final Pretrial Order, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Jury Trial be continued to **December 10, 2007 at 9:00 a.m. The request to modify the Final Pretrial Order for a Bench Trial is DENIED.**

IT IS FURTHER ORDERED THAT the Final Pretrial Order be amended as follows:

    V.    <u>Motions In Limine</u>

    Motions in limine to be heard on **December 7, 2007 at 9:00 a.m.**

    VIII.    <u>Exhibits – Schedules and Summaries</u>

    Exhibits exchanged by **December 3, 2007**.  Originals and copies to Court clerk no later than **3:00 p.m.** on **December 3, 2007**. Difficulties with exhibit presentation to be brought to clerk's attention no later than **December 3, 2007**.

1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND FINAL PRETRIAL ORDER
Case No. CIV.S-05-0158 MCE DAD

    IX.    Discovery Documents

        B.    Use of Depositions

        File and exchange deposition excerpts by **December 3, 2007**.

        C.    Interrogatories

        File and exchange excerpts to Answers to Interrogatories by **December 3, 2007**.

    XI.    Agreed Statements – Joint Statement of Case

    Agreed statement to be provided to Court by **December 3, 2007**.

    XII.    Audio/Visual Equipment

    Reservations for A/V equipment to be made in writing to the Courtroom Deputy by **November 5, 2007**.

    XII.    Date and Length of Trial

    Jury trial scheduled for **December 10, 2007** at **9:00 a.m.** Counsel to call Courtroom Deputy by **December 3, 2007** to ascertain status of trial date.

**IT IS SO ORDERED**.

Dated: October 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND FINAL PRETRIAL ORDER
Case No. CIV.S-05-0158 MCE DAD