UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER and BRANDY GILLMORE,<br><br>Plaintiffs,<br><br>v.<br><br><br>SIERRA TOWING, GARY GONZALES, and LMD KIEFER WAREHOUSE LLC,<br><br>Defendants. | Case No. CIV.S-05-0158 MCE DAD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO SUBMIT CLOSING DOCUMENTS**<br><br>Judge:   Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   January 25, 2005<br>Trial Date:              Vacated |

Having read Plaintiffs' Request for Extension of Time to Submit Closing Documents, and good cause appearing therefore,

IT IS ORDERED THAT Plaintiffs submit the closing documents on or before **Tuesday June 30, 2009**.  No further extensions will be granted.

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com